SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
RIGOBERTO LOPEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO LOPEZ,<br><br>      Plaintiff,<br><br>   vs.<br><br>RIGOBERTO B. SANCHEZ D/B/A GUERO'S AUTO DETAIL; MIGUEL LUNA; and DOES 1 to 10,<br><br>      Defendants. | **Case No.: 2:26-cv-00739-GW-BFM**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RIGOBERTO B. SANCHEZ D/B/A GUERO'S AUTO DETAIL** |

**PLEASE TAKE NOTICE** that Plaintiff RIGOBERTO LOPEZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant RIGOBERTO B. SANCHEZ D/B/A GUERO'S AUTO DETAIL ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

   (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.


DATED:  February 24, 2026                    SO. CAL. EQUAL ACCESS GROUP


                            By:    /s/   Jason J. Kim
                                   Jason J. Kim
                                   Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**